**People of the State of Illinois, Plaintiff-Appellee, v. Willie J. Mingo et al., Defendants-Appellants.**

Gen. No. 50,573.

First District, Third Division.
December 30, 1965.

Marshall Patner, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and E. James Gildea, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**